[pic]

 BILL OF COSTS

 TEXAS COURT OF APPEALS, TENTH DISTRICT, AT WACO

 No. 10-16-00174-CV

 Luminant Generation Company LLC.

 v.

 Somervell Central Appraisal District

 (No. C10412 IN 18th District Court OF Somervell COUNTY)

|Type of Fee |Charges |Paid |By |
|Motion fee |$10.00 |E-PAID |Leatherbury |
|Motion fee |$10.00 |PAID |Vinson |
|Reporter's record |$3,295.2|UNKNOWN | |
|Clerk's record |5 |UNKNOWN | |
|Filing |$803.00 |E-PAID |Leatherbury |
|Supreme Court chapter 51 fee |$100.00 |E-PAID |Leatherbury |
|Indigent |$50.00 |E-PAID |Leatherbury |
|Required Texas.gov efiling fee |$25.00 |E-PAID |Leatherbury |
| |$30.00 | | |

 Balance of costs owing to the Tenth Court of Appeals, Waco, Texas: 0.00

 Court costs in this cause shall be paid as per the Judgment issued by this
 Court.

 I, SHARRI ROESSLER, CLERK OF THE TENTH COURT OF APPEALS OF THE STATE
OF TEXAS, do hereby certify that the above and foregoing is a true and
correct copy of the cost bill of THE COURT OF APPEALS FOR THE TENTH
DISTRICT OF TEXAS, showing the charges and payments, in the above numbered
and styled cause, as the same appears of record in this office.

 IN TESTIMONY WHEREOF, witness my hand and
 the Seal of the COURT OF APPEALS for the
 Tenth District of Texas, this October 26,
 2016.

 SHARRI ROESSLER, CLERK

 By: ___________________________
 Kim Wernet, Deputy Clerk